James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
Nadia M. Bishop (State Bar No. 182995)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572
Email:  jmwood@reedsmith.com
       cdavies@reedsmith.com
       nbishop@reedsmith.com

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:    510.763.2000
Facsimile:    510.273.8832
Attorneys for Defendant
Eli Lilly and Company, a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACON, JAMES; C-06-1183 SBA | Before the Honorable Sandra Brown Armstrong |
| BARFIELD, DANTE; C-06-1048 SBA | **ORDER VACATING CASE MANAGEMENT CONFERENCE FOR 47 ZYPREXA® CASES BEFORE JUDGE SANDRA BROWN ARMSTRONG** |
| BLUMENSCHEIN, HAZEL; C-06-1038 SBA | |
| BOHONIK, BORYS; C-06-1560 SBA | Conference Date:   June 14, 2006 |
| BROWNE, DRANOEL E.; C-06-1496 SBA | Conference Time:   2:45 p.m.<br>Location:          Telephonic Appearance. |
| BURKLEY, MAXINE; C-06-1197 SBA | |
| CAMPBELL, ROBERT; C-06-1243 SBA | |
| CARMACK, GEORGE; C-06-0893 SBA | |
| CARROLL, DAVID R.; C-06-1461 SBA | |
| CARSON, PAMELA AND SIDNEY; C-06-0973 SBA | |
| CHENGER, JOHN S. AND MARY G. CHENGER; C-06-1455 SBA | |
| COOK, DENINE; C-05-5292 SBA | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –

DOCSOAK-9830897.1

1  COSSICK, WILLIAM; C-06-1181 SBA

2  DELOACH, MENSENIA E.; C-06-1325 SBA

3  EWELL, TORITHA D.; C-06-1694 SBA

4  FORBES, SANDRA J.; C-06-1450 SBA

5

6  FRAUSTO, KIMBERLY AND JESSE; C-06-1189 SBA

7  GINN, JERRY LEE AND JUDITH ANN

8  NADLE; C-06-0008 SBA

9  GRILLOT, PATRICIA; C-06-0974 SBA

10  GUY, MARCUS L.; C-06-1569 SBA

11  HALL BONNIE AND HOWARD J. HALL; C-

12  06-1272 SBA

13  HANSON, MANFORD; C-06-1107 SBA

14  HOFFMAN, ROSA A. AND KENNETH W.

15  JR.,; C-06-1271 SBA

16  HOLLIS, IDA L.; C-06-1452 SBA

17  JONES HAYMAN, TRACY L.; C-06-1704 SBA

18  KELLY, JAMES AND TAMMY,; C-05-5151

19  SBA

20  LAVAS, SHARON; C-06-1157 SBA

21  LEMKE, DANIEL; C-06-0977 SBA

22  LINN, LINDA R.; C-06-1338 SBA

23  LUTHY, JOHN; C-06-1030 SBA

24  MALAYECO, FERN; C-06-1173 SBA

25

26  MARTORANA, LINDA; C-06-1167 SBA

27  MEYER, JAMES AND MARTHA; C-06-1022

28  SBA

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

DOCSOAK-9830897.1

[Proposed] Order Vacating And/Or Continuing Case Management Conference
For 47 Zyprexa® Cases Before Judge Sandra Brown Armstrong

MURNIN, MICHAEL F. AND PATRICIA; C-06-1456 SBA

O'NEIL, TIMOTHY; C-05-5099 SBA

PORTER, E.L. AND RUTH E.; C-06-0985 SBA

SCHULTZ, GARY AND LUCINDA; C-06-1115 SBA

SEIGENFUSE, BETH M.; C-06-1372 SBA

SENSENIG, DAVID; C-06-0250 SBA

SEWELL, MARK; C-05-5148 SBA

SHOWS, PATSY; C-06-0954 SBA

SMILEY-HARRIS, ALBERTA; C-05-5291 SBA

TAYLOR, ANNA AND DENNIS; C-06-1059 SBA

TRUITT, EDWARD; C-06-1539 SBA

VERES, DOLORES L., et al.; C-06-1324 SBA

WELDON, FRANCES A. AND CHARLES; C-06-1378 SBA

YOUNG, FRANK J.; C-06-1471 SBA

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DOCSOAK-9830897.1

[Proposed] Order Vacating And/Or Continuing Case Management Conference
For 47 Zyprexa® Cases Before Judge Sandra Brown Armstrong

For the reasons set forth in the Joint Case Management Conference Statement concerning the May 1, 2006 Conditional Transfer Order of the Judicial Panel on Multidistrict Litigation,

IT IS HEREBY ORDERED THAT all of the above-captioned actions are STAYED in their entirety pending transfer.  All dates and deadlines established in this matter, including the June 14, 2006 Case Management Conference, are VACATED.

IT IS FURTHER ORDERED THAT Counsel for Eli Lilly and Company shall promptly inform the Court in writing of the status of the above-captioned cases no later than ten (10) days after the Panel issues any further rulings pertaining to these cases.

IT IS SO ORDERED

DATED: 6/2/06

_____
The Honorable Sandra Brown Armstrong

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DOCSOAK-9830897.1